UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| KEVIN JEROME JONES (TDCJ No. 1169005), | § § § | |
| Plaintiff, | § § | |
| V. | § § | No. 3:20-cv-862-B |
| MS. UPCM, ET AL., | § § § | |
| Defendants. | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case [Dkt. No. 4] (the "FCR"). In response, Plaintiff filed numerous motions, *see* Dkt. Nos. 5, 6, 7, & 8, which the Court will construe as objections. The District Court reviewed *de novo* those portions of the proposed FCR to which objection was made, and reviewed the remaining proposed FCR for plain error. Finding no error, the Court **ACCEPTS** the FCR. To the extent that Plaintiff's filings in response to the FCR are actually motions, they are frivolous, especially in the context of this case, and are therefore **DENIED**. Considering these motions and Plaintiff's habit of filing frivolous motions after entry of judgment in similar cases before the Court, the Court **DIRECTS** the Clerk of the Court to **ADMINISTRATIVELY TERM** any new motions filed by Plaintiff in this case.

SO ORDERED.

DATE: JUNE 8, 2020.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

-2-